NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GALE FLETCHER ANDERSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3051

---

Petition for review of the Merit Systems Protection Board in No. DC844E120086-I-1.

---

**ON MOTION**

---

**O R D E R**

Gale Anderson moves for an additional extension of time to file her opening brief.

Anderson's brief was originally due on February 18, 2013. The court has granted three previous requests for lengthy extensions of time. In response to Anderson's last motion, the court on September 16, 2013 granted an extension until November 15, 2013 and ordered: "No further extensions. The case will be dismissed unless a brief is filed by that date." No brief was filed. Instead, on

ANDERSON v. OPM                                              2

November 26, Anderson filed an additional request for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The appeal is dismissed for failure to comply with the court's September 16 order.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s27


ISSUED AS A MANDATE:  December 6, 2013